# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Michael Jay Berger** | Atty Name (if applicable): | **Michael Jay Berger** |
| Street Address: | **9454 Wilshire Boulevard** <br> **6th Floor** <br> **Beverly Hills, CA 90212-2929** | CA Bar No. (if applicable): | **100291** |
| Filer's Telephone No.: | **(310) 271-6223** | Atty Fax No. (if applicable): | **(310) 271-9805** |

In re:

**Nicole Marie Wright**

Case No. **2:09-bk-22372**

Chapter **7**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes       ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☐ C    ☐ D    ☐ E    ☒ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)        ☐ Statement of Financial Affairs
☐ Statement of Intention                        ☒ Other: verification of creditors, creditor's matrix

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Nicole Marie Wright**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

**/s/ Nicole Marie Wright**
**Nicole Marie Wright**
*Debtor Signature*

_____
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _____    **Michael Jay Berger**
Print or Type Name

_____
*Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

B6F (Official Form 6F) (12/07)

In re **Nicole Marie Wright**,            Case No. **2:09-bk-22372**
                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3499907549452873**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | - | **Opened 10/01/86  Last Active  9/01/07**<br>**CreditCard** | | | | **83,381.00** |
| Account No. **3499906241353743**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | - | **Opened  3/10/86  Last Active  9/01/07**<br>**CreditCard** | | | | **21,674.00** |
| Account No. **3499904918191753**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | - | **Opened  3/05/86  Last Active  9/01/07**<br>**CreditCard** | | | | **17,832.00** |
| Account No. **3499909387476743**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | - | **Opened  6/17/86  Last Active  2/26/08**<br>**CreditCard** | | | | **6,407.00** |

__4__ continuation sheets attached                 Subtotal (Total of this page)    **129,294.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nicole Marie Wright**, Case No. **2:09-bk-22372**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Anne C. Adams<br>7041 Owensmouth Ave. #103<br>Canoga Park, CA 91303 | | - | 7/18/09<br>Services | | | | 1,675.00 |
| Account No. 2858<br><br>Bac / Fleet Bankcard<br>Po Box 26012<br>Greensboro, NC 27420 | | - | Opened 5/01/03 Last Active 8/09/08<br>CreditCard | | | | 10,996.00 |
| Account No. 16 190274<br><br>Bank of America<br>10850 White Rock Road, Suite 101<br>Rancho Cordova, CA 95670 | | - | Loan | | | | 9,101.65 |
| Account No. 4115-0725-4633-6143<br><br>Capital One Visa<br>P.O. Box 70886<br>Charlotte, NC 28272 | | - | Credit | | | | 2,330.12 |
| Account No. 426684103216<br><br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | - | Opened 3/01/05 Last Active 1/09/09<br>CreditCard | | | | 11,417.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **35,519.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nicole Marie Wright**,   Case No. **2:09-bk-22372**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 10044476<br><br>**Chase Auto**<br>**600 Community Drive**<br>**Manhasset, NY 11030** | | - | **Opened 1/01/04 Last Active 10/17/07**<br>**Lease Deficiency** | | | | 5,069.00 |
| Account No. 343880953<br><br>**I.C. System Inc.**<br>**444 Highway 96 East, P.O. Box 64887**<br>**Saint Paul, MN 55164** | | - | **Sprint phone bill** | | | | 165.46 |
| Account No. 7 7385 7349 1113<br><br>**Radio Shack**<br>**Citicorp/Radio Shack**<br>**P.O. Box 689183**<br>**Des Moines, IA 50368-9183** | | - | **1/18/2008**<br>**Credit** | | | | 104.63 |
| Account No.<br><br>**Sepehr Kamjoo**<br>**11040 Santa Monica Blvd, Suite 490**<br>**Los Angeles, CA 90025** | | - | **Personal Loans for August 2007 and January 2008 Note** | | | | 80,000.00 |
| Account No. 153457564125<br><br>**Us Bank Hogan Loc**<br>**Po Box 5227**<br>**Cincinnati, OH 45201** | | - | **Opened 5/01/06 Last Active 4/10/09**<br>**CheckCreditOrLineOfCredit** | | | | 1,005.00 |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **86,344.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nicole Marie Wright**                              ,   Case No.  **2:09-bk-22372**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4037840003340559** <br><br> **Us Bank/na Nd** <br> **4325 17th Ave S** <br> **Fargo, ND 58125** | | - | **Opened 5/01/06 Last Active 1/15/09** <br> **CreditCard** | | | | **791.00** |
| Account No. **4856200222851191** <br><br> **Wells Fargo Business D** <br> **Po Box 29482** <br> **Phoenix, AZ 85038** | | - | **Opened 7/01/07 Last Active 9/28/08** <br> **ChargeAccount** | | | | **5,205.00** |
| Account No. **4856200209498289** <br><br> **Wells Fargo Business D** <br> **Po Box 29482** <br> **Phoenix, AZ 85038** | | - | **Opened 7/01/04 Last Active 9/28/08** <br> **ChargeAccount** | | | | **4,803.00** |
| Account No. **446542019093** <br><br> **Wells Fargo Card Ser** <br> **Po Box 5058** <br> **Portland, OR 97208** | | - | **Opened 10/01/03 Last Active 9/03/08** <br> **CreditCard** | | | | **4,959.00** |
| Account No. **604870000265** <br><br> **Wf Fin Bank** <br> **Po Box 182273** <br> **Columbus, OH 43218** | | - | **Opened 11/01/06 Last Active 9/03/08** <br> **CreditCard** | | | | **6,867.00** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **22,625.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nicole Marie Wright**                              ,     Case No.  **2:09-bk-22372**
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **407110001216** <br> **Wf Fin Bank/Wells Fargo Financial** <br> **Attn: Bankruptcy Dept** <br> **2143 East Convention Center Way** <br> **#200** <br> **Ontario, CA 91764** | - | | **Opened 11/01/06  Last Active  8/29/08** <br> **CreditCard** | | | | **3,462.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,462.00**

Total (Report on Summary of Schedules)  **277,244.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)  2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Michael Jay Berger 100291**

Address **9454 Wilshire Boulevard 6th Floor Beverly Hills, CA 90212-2929**

Telephone **(310) 271-6223 Fax: (310) 271-9805**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years:<br>**Nicole Marie Wright** | Case No.: | **2:09-bk-22372** |
|---|---|---|
| | Chapter: | **7** |

## AMENDED
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **June 12, 2009**     **/s/ Nicole Marie Wright**
                             **Nicole Marie Wright**
                             Signature of Debtor

Date: **June 12, 2009**     **/s/ Michael Jay Berger**
                             Signature of Attorney
                             **Michael Jay Berger 100291**
                             **Law Offices of Michael Jay Berger**
                             **9454 Wilshire Boulevard**
                             **6th Floor**
                             **Beverly Hills, CA 90212-2929**
                             **(310) 271-6223   Fax: (310) 271-9805**

```
Nicole Marie Wright
9461 Charleville Blvd. #526
Beverly Hills, CA 90212


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard
6th Floor
Beverly Hills, CA 90212-2929


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


Anne C. Adams
7041 Owensmouth Ave. #103
Canoga Park, CA 91303


Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420


Bank of America
10850 White Rock Road, Suite 101
Rancho Cordova, CA 95670


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410


Byron Mauss
Michelle Sabo Assayag
2915 Redhill Ave, Suite 200
Costa Mesa, CA 92626
```

Capital One Visa
P.O. Box 70886
Charlotte, NC 28272


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase Auto
600 Community Drive
Manhasset, NY 11030


Countrywide Home Lending
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062


Dcfs Usa Llc
2050 Roanoke Rd
Westlake, TX 76262


I.C. System Inc.
444 Highway 96 East, P.O. Box 64887
Saint Paul, MN 55164


Los Angeles County
Treasurer and Tax Collector
225 N. Hill Street
POB 512102
Los Angeles, CA 90051


Los Angeles County Tax Collector
POB 54018
Los Angeles, CA 90054

```
Radio Shack
Citicorp/Radio Shack
P.O. Box 689183
Des Moines, IA 50368-9183


Sepehr Kamjoo
11040 Santa Monica Blvd, Suite 490
Los Angeles, CA 90025


Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH 45201


Us Bank/na Nd
4325 17th Ave S
Fargo, ND 58125


Washington Mutual Mortgage
Attn:  Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256


Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038


Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208


Wf Fin Bank
Po Box 182273
Columbus, OH 43218
```

```
Wf Fin Bank/Wells Fargo Financial
Attn: Bankruptcy Dept
2143 East Convention Center Way #200
Ontario, CA 91764
```